William T. Connell, Esq. (005741977)
4-5900.042177
DWYER, CONNELL AND LISBONA
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant POLICE OFFICER CHRISTOPHER BORNHEIMER

| | |
|---|---|
| Plaintiff,<br>VICTOR RODRIGUEZ<br><br>vs.<br><br>Defendants,<br>THE CITY OF NEW BRUNSWICK,<br>THE NEW BRUNSWICK POLICE<br>DEPARTMENT, MAYOR JAMES<br>CAHILL, POLICE OFFICER<br>CHRISTOPHER BORNHEIMER,<br>POLICE OFFICER ANDREW WEISS,<br>POLICE DIRECTOR ANTHONY<br>CAPUTO, THE COUNTY OF<br>MIDDLESEX, THE MIDDLESEX<br>COUNTY SHERIFF'S DEPARTMENT,<br>MIDDLESEX COUNTY SHERIFF<br>MILDRED S. SCOTT, ABC<br>ENTITIES 1-5 (as yet<br>unidentified entities),<br>and JOHN DOES 1-5 (as yet<br>unidentified entities) | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Number:<br>12-04722 (FLW-TJB)<br><br>STIPULATION OF DISMISSAL,<br>WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed without attorneys' fees and costs against either party, with prejudice.

Dated:

Ginarte O'Dwyer Gonzalez
and Winograd

By: /s/ Robert Baumgarten
ROBERT BAUMGARTEN
Attorneys for Plaintiff

Alan L. Zegas

By: /s/ Alan L. Zegas
ALAN L. ZEGAS
Attorney for Plaintiff

Dwyer, Connell and Lisbona

By: _____
WILLIAM T. CONNELL
Attorneys for Defendant
CHRISTOPHER BORNHEIMER

Lawrence Y. Bitterman

By: _____
LAWRENCE Y. BITTERMAN
Attorney for Defendant
CHRISTOPHER BORNHEIMER

SO ORDERED: _____
FREDA L. WOLFSON, U.S.D.J.

8-6-18